CLEAR FORM

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

Princess-Maria Spencer
Plaintiff

v.

31 Cases
Defendant

CASE NO:

1:25:CV-0001  1:25 CV-0009
        00012  1:25 CV-0010
1:25:CV-00013  1:25 CV-0012
1:25 CV 00014
1:25 CV 00095  1:25 CV-0012
1:25 CV 00097  1:25 CV-0012B
1:25 CV 00098  1:25 CV-0013
               1:25 CV-00132

1:24-CV-02387

CHANGE OF MAILING ADDRESS

1. This change of mailing address is requested by:  ☑ Plaintiff   ☐ Defendant

2. **Old Address:**
   Name(s):  Princess-Maria Spencer
   Mailing Address:  6010 Georgia Ave NW
   City, State, Zip Code:  Memphis, TN
               Washington DC 20011

3. **New Address:**
   Name(s):  Princess-Maria Spencer
   Mailing Address:  1740 West Belmont Circle
   City, State, Zip Code:  Memphis, TN 38108
   Telephone Number(s):  901-801-2720

1:25-CV-00446
1:25-CV-00426
1:25-CV-00424
1:25-CV-00442
1:25-CV-00443
1:25-CV-00445
1:25-CV-00490
1:25-CV-00491
1:25-CV-00492
1:25-CV-00493
1:25-CV-00494
1:25-CV-00495
1:25-CV-00523
1:25-CV-00524
1:25-CV-00526
1:25-CV-00528
1:25-CV-00569
1:25-CV-00269
1:25-CV-00270
1:25-CV-00148

Date: 04 17 2025

Princess-Maria Spencer
Requestor's printed name(s)

Maria
Requestor's signature(s)

Princess Spencer

RECEIVED
APR 17 2025

New: 06/21/2022